# Exhibit A

Alcus Marine Technical Services, Inc.
P.O. Box 700 • Moriches, New York 11955-0700
(631) 874-1000 • Fax (631) 874-3000
Internet: ALCUSMT@AOL.COM

September 28, 2026
FILE NUMBER: CHUM.2025006

RE: ISLAND TIME (previously named RIPPLE)
Marine Appraisal of 2016 Sea Ray 540 Sundancer ISLAND TIME

# CERTIFICATE OF MARKET VALUATION

This is to certify that the undersigned Marine Surveyor, having been requested to value the inboard/ pod drive powered Sea Ray 540 Sundancer Express Cruiser pleasure vessel of molded fiber reinforced plastic (FRP) composite construction, built 2015 (2016 model year) at Sea Ray Boats, 100 Sea Ray Dr., Palm Coast, FL 32142, Hull Identification Number: SERP8620F516, hailing from LONG BEACH, NY, dimensions 54' 9" L x 15' 3" B x 4' 1" D, was powered by twin Cummins 600 HP inboard engines coupled to Mercruiser/ Zeus pod drives, in good condition and fully equipped hereby certify that having availed myself of the best possible information regarding this vessel, I estimate the current market value of the vessel as of 8/25/25 in the sum of Four Hundred Seventy Six Thousand Nine Hundred and Fourty Two Dollars, US.

**************** $476,942.00 **************************

The above report is a statement of opinion made, signed and submitted without prejudice to the rights and or/ interests of whom it may concern.

Respectfully submitted,
Alcus Marine Technical Services Inc.

By: Ronald C. Alcus Jr., AMS, CMI-1 , President